# ATTACHMENT A

## The Property to Be Searched:

- 202B Tiffany Dr. Waynesboro, VA 22980-3243

    Described as a two story, multi-color brick row house with white trimmed windows and a maroon door on the left side of the structure. The maroon door is labeled with the letters 202B.

- Maroon Ford Mustang Bearing Virginia Registration: ROKKET (Parked outside the address of 202B Tiffany Dr. Waynesboro, VA 22980-3243 (See photos below)





