# ATTACHMENT B

## Items to be Seized

For any and all of the following items concerning or related to violations of 18 U.S.C. 875(c) (transmitting in interstate commerce a communication containing a threat to injure another person), including but not limited to:

1) All records relating to violations of **Title 18, United States Code, Section 875(c)**, those violations involving William UNDERWOOD and occurring on and after August 11, 2019, including:

   a) Records and information relating to the threats to the US Capitol;

   b) Records and information relating to the operation of weapons and tactics;

   c) Records and information relating to the identity or location of the suspects;

   d) Records and information relating to mass shootings or manifestos;

   e) Records and information relating to the operation or daily business of the government;

2) Computers or storage media used as a means to commit the violations described above.

3) For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

4

a) evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

b) evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

c) evidence of the lack of such malicious software;

d) evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

e) evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

f) evidence of the times the COMPUTER was used;

g) passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

h) documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

i) records of or information about Internet Protocol addresses used by the COMPUTER;

j) records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

k) Contextual information necessary to understand the evidence described in this attachment.

4) Routers, modems, and network equipment used to connect computers to the Internet.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

5) Firearms, ammunition, firearm accessories, or documentation/information pertaining to firearms or weapons, body armor, and related clothing materials, that could be used in connection with the suspected violations described above.

6) Alcoholic containers as referenced in subject's communications