CLERKS OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
8/22/19
JULIA C. DUDLEY, CLERK
BY: s/ K. DOTSON
DEPUTY CLERK

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☑ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
202B Tiffany Drive, Waynesboro, VA 22980 and Maroon 2018 Ford Mustang bearing Virginia Registration "ROKKET"

Case No. 5:19-mj-00038

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Western_____ District of _____Virginia_____
*(identify the person or describe the property to be searched and give its location)*:
Please see Attachment A ~~and A-1~~.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
Please see Attachment B.

YOU ARE COMMANDED to execute this warrant on or before _____August 29, 2019_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____The Honorable Robert S. Ballou_____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: August 15, 2019 6:30 PM    *Robert S. Ballou*
                                                    *Judge's signature*

City and state:    Roanoke, Virginia    Robert S. Ballou, United States Magistrate Judge
                                        *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 5:19-mj-00038 | Date and time warrant executed: 8/16/19 1123 hours | Copy of warrant and inventory left with: Kitchen Counter-w/Underwood |
| Inventory made in the presence of : | | |

Inventory of the property taken and name(s) of any person(s) seized:

See Attached.

Received in Chambers
By Reliable Electronic Means
August 19, 2019

Hon. Robert S. Ballou
United States Magistrate

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/16/19

_Executing officer's signature_

George DeSesso, SSA
_Printed name and title_

# UNITED STATES CAPITOL POLICE
## Investigations Division
### Receipt for Property

Item(s) listed below were (check one): ✓ Collected / Seized, ___ Received From, ___ Returned To, ___ Released To

**Name:** Underwood, William Eugene Angus

**Address:** 202 B Tiffany Drive, Waynesboro, VA 22980

**Date:** 8/16/2019

| Item Description | Quantity |
|---|---|
| Samsung Tablet SMT-280 | 1 |
| Seagate Portable Harddrive S/N: NA72H WLR | 1 |
| Acer Laptop Aspire ES 573 S/N: NXGD4E2013780505920 | 1 |
| Microsoft Xbox One Console S/N: 176047354345C | 1 |
| LG Smartphone | 1 |
| Google Smartphone | 1 |
| PNY 8GB USB drive | 1 |
| Hornady 30 round Magazine | 1 |
| Receipt - Nuckols Gun Works - Layaway for Bushmaster rifle | 1 |

**SIGNATURE:** [signature]  **DATE:** 8/16/19

**SIGNATURE OF WITNESS:** [signature]  **DATE:** 8/16/19

ID AGENT = BLUE     Page 1 of 1